No. 89–6872.  DALY v. UNITED STATES, 496 U. S. 927.  Motion for leave to file petition for rehearing denied.  JUSTICE SOUTER took no part in the consideration or decision of this motion.

No. 90–543.  GIANNINI v. REAL, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ET AL., *ante*, p. 1012.  Motion of petitioner to defer consideration of petition for rehearing denied.  Petition for rehearing denied.